PD-1182-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/29/2015 8:14:58 AM
Accepted 9/30/2015 3:04:58 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

| | | |
|---|---|---|
| RUBEN MIGUEL ALANIZ | * | |
| Appellant | * | |
| | * | |
| vs. | * | No. PD-1182-15 |
| | * | COA No. 10-14-00183-CR |
| THE STATE OF TEXAS, | * | |
| Appellee | * | |

MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the Appellant, by and through her undersigned Attorney of Record, and respectfully moves the Court to extend the time for filing a petition for discretionary review in this cause, and in support therefore would show the Court as follows:

I.

Appellant was found guilty of the offense of Aggravated Robbery in Cause No. 2012-2237-C2 in the 54th District Court of McLennan County, Texas. Appellant appealed his conviction to the Court of Appeals for the Tenth Judicial District. That court affirmed the trial court decision in an opinion delivered on August 6, 2015.

II.

Appellant's petition for discretionary review is currently due on October 8, 2015.

V.

FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

Appellant hereby requests an extension of time to file his Petition for Discretionary Review until November 8, 2015, and as reasons therefore would show this cause as follows:

Appellant was represented on direct appeal by appointed counsel. Although the decision was issued on August 6, 2015, the appointed counsel did not attempt to notify him of the opinion until August 17, 2015, when she prepared a letter. That letter was not received by appellant until the end of August. In the letter counsel notified appellant of the decision, and advised him that she would not be pursuing a petition for discretionary review. Appellant attempted to familiarize himself with the rules, but did not feel competent to prepare the petition. His family immediately started seeking counsel to assist, and was not able to retain the undersigned counsel until this date.

Counsel does not have sufficient time to properly prepare a petition for discretionary review by the current due date, and for that reason seeks additional time to do so.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this honorable court to extend the time for filing Appellant's Petition for Discretionary Review in this cause to November 8, 2015.

Respectfully submitted,

_____/s/ Walter M. Reaves, Jr._____
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 802
Waco, Texas 76701
(254) 296-0020

FAX (877) 726-4411
TBA#16644200
walterreaves@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered

to Abel Reyna, District Attorney for McLennan County, Texas, on September 29, 2015.

/s/ Walter M. Reaves, Jr.
Walter M. Reaves, Jr.